IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE MEMORY SOLUTIONS, INC., <br><br> Plaintiff; <br><br> v. <br><br> MICRON TECHNOLOGY, INC., <br><br> Defendant. | Civil Action No. 14-1480-RGA |

ORDER

**IT IS HEREBY ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that Defendant's Motion to Disqualify Tensegrity Law Group LLP (D.I. 22) is **GRANTED**.

Entered this 15 day of May, 2015.

*/s/ Richard G. Andrews*
United States District Judge

1