# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE MEMORY SOLUTIONS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 14-1480-RGA ) |
| MICRON TECHNOLOGY, INC., | ) ) |
| Defendant. | ) ) |

## STIPULATION AND [PROPOSED] ORDER
## EXTENDING SCHEDULING ORDER DEADLINES

WHEREAS, on March 12, 2015, the Court entered a Scheduling Order (D.I. 20);

WHEREAS, on July 16, 2020 the Court entered a Revised Scheduling Order (D.I. 118);

WHEREAS, the ongoing COVID-19 pandemic has caused delays in obtaining necessary discovery;

WHEREAS, the parties require additional time to complete discovery;

WHEREAS, the parties believe an approximately 90-day extension of all deadlines is sufficient to complete fact discovery and other deadlines in the schedule;

NOW THEREFORE, it is hereby stipulated and agreed, by and among the parties through their undersigned counsel, subject the approval of the Court, that the deadlines in the Revised Scheduling Order (D.I. 118) are extended as follows:

| Deadline | Current Date | Amended Date |
|---|---|---|
| Substantial Completion of Document Production | December 2, 2020 | March 16, 2021 |
| Discovery Cut-Off | March 2, 2021 | June 14, 2021 |
| Opening Expert Reports | April 5, 2021 | July 19, 2021 |
| Rebuttal Expert Reports | May 10, 2021 | August 23, 2021 |
| Reply Expert Reports | June 4, 2021 | September 16, 2021 |

| | | |
|---|---|---|
| Completion of Expert Depositions | July 2, 2021 | October 14, 2021 |
| Case Dispositive Motions | August 4, 2021 | November 16, 2021 |
| Pretrial Conference | December 3, 2021 at 9:00 a.m. | April __, 2022 at __:___ _.m. |
| Trial | December 13, 2021 at 9:30 a.m. | April __, 2022 at __:___ _.m. |

*/s/ Brian E. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Travis S. Hunter (#5350)
Tyler E. Cragg (#6398)
Richards Layton & Finger
920 North King Street
Wilmington, DE  19801
(302) 651-7700
cottrell@rlf.com
hunter@rlf.com
cragg@rlf.com

OF COUNSEL:

Edward C. Flynn
Philip E. Levy
Nathaniel C. Wilks
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000
EFlynn@eckertseamans.com
PLevy@eckertseamans.com
NWilks@eckertseamans.com

Robert W. Morris
Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700
White Plains, NY 10606
(914) 286-6440
RWMorris@eckertseamans.com

*Attorneys for Plaintiff*
*Innovative Memory Solutions, Inc.*

OF COUNSEL:

Jared Bobrow
J. Jason Lang
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
650-614-7400
jbobrow@orrick.com
jlang@orrick.com

Will Melehani
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
wmelehani@orrick.com

Olamide Olusesi
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005
(202) 339-8400
oolusesi@orrick.com

*Attorneys for Defendant*
*Micron Technology, Inc.*

Dated:  January 27, 2021

    IT IS SO ORDERED, this _____ day of _____, 2021.

                                          _____
                                          District Judge