# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE MEMORY SOLUTIONS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 14-1480-RGA ) |
| MICRON TECHNOLOGY, INC., | ) ) |
| Defendant. | ) ) |

## STIPULATION AND [PROPOSED] ORDER
## EXTENDING SCHEDULING ORDER DEADLINES

WHEREAS, on March 12, 2015, the Court entered a Scheduling Order (D.I. 20);

WHEREAS, on July 16, 2020, the Court entered a Revised Scheduling Order (D.I. 118);

WHEREAS, on January 27, 2021, the Court extended the deadlines in the Revised Scheduling Order (D.I. 178);

WHEREAS, the parties require additional time to complete discovery;

NOW THEREFORE, it is hereby stipulated and agreed, by and among the parties through their undersigned counsel, subject the approval of the Court, that the scheduling order deadlines are extended as follows:

| Deadline | Current Date | Amended Date |
|---|---|---|
| Discovery Cut-Off | June 14, 2021 | July 14, 2021 |
| Opening Expert Reports | July 19, 2021 | August 20, 2021 |
| Rebuttal Expert Reports | August 23, 2021 | September 17, 2021 |
| Reply Expert Reports | September 16, 2021 | October 8, 2021 |
| Completion of Expert Depositions | October 14, 2021 | November 8, 2021 |
| Case Dispositive Motions | November 16, 2021 | December 8, 2021 |
| Pretrial Conference | March 25, 2022 | No change |
| Trial | April 4, 2022 at 9:30 a.m. or any of the three following weeks | No change |

| | |
|---|---|
| */s/ Brian E. Farnan* | */s/ Tyler E. Cragg* |
| Brian E. Farnan (#4089) | Frederick L. Cottrell, III (#2555) |
| Michael J. Farnan (#5165) | Travis S. Hunter (#5350) |
| Farnan LLP | Tyler E. Cragg (#6398) |
| 919 North Market Street, 12th Floor | Richards Layton & Finger |
| Wilmington, DE 19801 | 920 North King Street |
| (302) 777-0300 | Wilmington, DE 19801 |
| bfarnan@farnanlaw.com | (302) 651-7700 |
| mfarnan@farnanlaw.com | cottrell@rlf.com |
| | hunter@rlf.com |
| | cragg@rlf.com |

OF COUNSEL:                              OF COUNSEL:

Edward C. Flynn                          Jared Bobrow
Philip E. Levy                           J. Jason Lang
Nathaniel C. Wilks                       Orrick, Herrington & Sutcliffe LLP
Eckert Seamans Cherin & Mellott, LLC     1000 Marsh Road
600 Grant Street, 44th Floor             Menlo Park, CA  94025-1015
Pittsburgh, PA 15219                     650-614-7400
(412) 566-6000                           jbobrow@orrick.com
EFlynn@eckertseamans.com                 jlang@orrick.com
PLevy@eckertseamans.com
NWilks@eckertseamans.com                 Will Melehani
                                         Orrick, Herrington & Sutcliffe LLP
Robert W. Morris                         405 Howard Street
Eckert Seamans Cherin & Mellott, LLC     San Francisco, CA 94105
10 Bank Street, Suite 700                (415) 773-5700
White Plains, NY 10606                   wmelehani@orrick.com
(914) 286-6440
RWMorris@eckertseamans.com               Olamide Olusesi
                                         Orrick, Herrington & Sutcliffe LLP
*Attorneys for Plaintiff*                1152 15th Street, N.W.
*Innovative Memory Solutions, Inc.*      Washington, D.C. 20005
                                         (202) 339-8400
                                         oolusesi@orrick.com

                                         *Attorneys for Defendant*
                                         *Micron Technology, Inc.*

Dated: May 14, 2021

IT IS SO ORDERED, this ____ day of _____, 2021.

_____
District Judge